O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1341 AHM (CTx) | Date | July 14, 2009 |
|---|---|---|---|
| Title | STELLA VELASCO, et al. v. THE UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES (CIS), et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:           Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

On July 13, 2009, the parties filed a joint status report stating that they "will file Cross Motions for Summary Judgment by or on August 3, 2009," on the issue of whether plaintiffs are eligible for the waiver available under 8 U.S.C. § 1225(k). As stated in this Court's standard Scheduling and Case Management Order, parties shall avoid filing cross-motions for summary judgment on identical issues of law, such that the papers would be unnecessarily cumulative. The Court thus ORDERS that only Plaintiffs may move for summary judgment. They shall do so on or before August 3, 2009. Defendants in their opposition papers can assert the bases for why they think judgment should be entered for them.

                                                                                           :
                                                                    Initials of Preparer          SMO