UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-01341 AHM (CTx) | Date | December 2, 2011 |
|---|---|---|---|
| Title | STELLA VELASCO, et al., v. THE UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:           Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

   Pursuant to the order of the Ninth Circuit filed on October 7, 2011, and this case having been remanded to this Court, the Court dismisses this action for lack of jurisdiction.  The case may be closed.


**JS-6**

                                                                     :
                                                  Initials of Preparer        SMO